■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS ANTHONY A., Also Known as CHRIS ANTHONY R., Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered March 26, 1984, adjudicating him a youthful offender upon his conviction of criminal possession of stolen property in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606).

The record presents no basis for a claim of ineffective assistance of counsel. Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.